FILED
SUPERIOR COURT
OF GUAM

2014 JUN 19 PM 2: 08

CLERK OF COURT
BY





# IN THE SUPERIOR COURT
## OF GUAM

| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE No. CF 0100-14 |
|---|---|---|
| v. | ) ) ) | **DECISION AND ORDER** |
| TEODORO ALISUS ROSALIN, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Defendant's Motion to Reduce Felony Family Violence Charge to Misdemeanor, was taken under advisement by the Honorable Judge Michael J. Bordallo on May 22, 2014. The People are represented by Assistant Attorney General Matthew Heibel. Defendant is represented by Assistant Public Defender Maria G. Fitzpatrick. After reviewing and considering the memoranda and papers of the parties and the file herein the Court hereby denies Defendant's motion to reduce.

## BACKGROUND

The Defendant was indicted February 27, 2014, on two charges: 1) Terrorizing, as a 3rd Degree Felony; and 2) Family Violence, as a 3rd Degree Felony.

On April 14, 2014, Defendant filed a motion to reduce his felony family violence charge to a misdemeanor. In support of his motion Defendant cites to Title 9 Section 30.20(c) of the Guam Code and that section's seven factors. He argues and asserts that in this case: that the victim's injuries were not serious, there is no indication a weapon was used, that alcohol or

drugs were not involved, that his criminal record does not show any charges involving violence, and that he is amenable to counseling.

The People filed their opposition to Defendant's motion on May 13, 2014. In it the People argue that Defendant's charge should not be reduced because the allegations supporting the charge indicate that Defendant choked the victim until she could not breathe and that Defendant told the victim he was going to kill her. Defendant then covered her mouth to keep her from calling for help and when she tried to escape Defendant choked the victim again. The People concede that no weapon was used and the victim's injuries were not serious but argue that the possibility of death and serious bodily injury is imminent when strangulation is involved. The People also argue that Defendant's uncharged but alleged assaults should be considered as sufficient proof of a history of violence under the statue.

Defendant did not file a reply.

## DISCUSSION

Defendant has requested to have the second charge of the indictment reduced to a misdemeanor. Section 30.20 of the Family Violence Act, provides the Court with a seven-factor analysis for determining whether a felony charge of family violence may be reduced to a misdemeanor. 9 GCA §30.20(c) (2013). The relevant statute reads:

> In determining whether any felony charge filed pursuant to this § 30.20 should be reduced to a misdemeanor, the court shall consider the following factors, among others:
> (1) The extent or seriousness of the victim's injuries;
> (2) The defendant's history of violence against the same victim whether charged or uncharged;
> (3) The use of a gun or other weapon by the defendant;
> (4) The defendant's prior criminal history;
> (5) The victim's attitude and conduct regarding the incident;
> (6) The involvement of alcohol or other substance, and the defendant's history of substance abuse as reflected in the defendant's criminal history and other sources; and

(7) The defendant's history of and amenability to counseling.

*Id.*

Applying these factors to the instant case the Court finds that: allegations of multiple chokings and the uncharged alleged history of assault and violence against the victim are sufficient to require a denial Defendant's motion. Of particular concern to the Court is the level of violence and threat of death associated with the alleged strangulations.

## CONCLUSION

Based on the foregoing, the Defendant's motion to reduce is DENIED. Further Proceedings are set for July 10, 2014 at 9:00 a.m.

SO ORDERED, this 19 day of June 2014.

HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT BOX

I acknowledge that a copy of the original hereto was placed in the court box of:

APD , AG
DML

Date: 6 19 14 Time: 2:35 pm

Deputy Clerk, Superior Court of Guam